# UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

## CRIMINAL COMPLAINT

**UNITED STATES OF AMERICA**

V.

CASE NUMBER: 05-0220M

**BRIAN PEREZ**
**DOB 4/11/1975**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief that between February and March, 2005, in the District of Arizona, Brian Perez, did knowingly execute a scheme or artifice to obtain any of the moneys, funds, credits, assets, securities, or other property owned by, or under the custody or control of, a financial institution, to wit, Bank of America by means of false or fraudulent pretenses, representations, or promises which constitutes a violation of Federal Law, to wit, Title 18, United States Code, Section 1344, Bank Fraud.

I further state that I am a United States Postal Inspector with the Postal Inspection Service and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT OF KERRY L. FISHER

Continued on the attached sheet and made a part hereof:    XYes  ☐No

AUTHORIZED BY:  AUSA PAUL ROOD

KERRY L. FISHER, POSTAL INSPECTOR
Name of Complainant                                              Signature of Complainant

Sworn to before me and subscribed in my presence,

September 13, 2005                         at       Phoenix, AZ
Date                                                              City and State

Virginia A. Mathis, United States Magistrate Judge              Signature of Judicial Officer

## STATEMENT OF PROBABLE CAUSE

I, Kerry L. Fisher, being duly sworn, hereby depose and say:

1. I am a Postal Inspector assigned to the U. S. Postal Inspection Service, Phoenix, Arizona. I have been employed by the U. S. Postal Inspection Service for 14 years and currently investigate violations involving the theft of mail. Your Affiant has conducted numerous investigations involving theft and possession of stolen mail including credit card investigations, fraudulent use of access devices, and bank fraud. As part of your Affiant's duties as a Postal Inspector, your Affiant investigates crimes involving the United States Mail including Bank Fraud in violation of Title 18, United States Code, Section 1344.

2. In February 2005, BRIAN PEREZ was identified in a mail theft/counterfeiting and check cashing scheme. BRIAN PEREZ was identified depositing five (5) counterfeit checks which are believed to be produced from information stolen from the mail. AWSM Technology, LLC, the victim business, had their checks counterfeited and then deposited into Bank of America and Washington Mutual Bank accounts controlled by BRIAN PEREZ and his wife, CORTNEY PEREZ. On each occasion, the counterfeit checks were made payable to BRIAN PEREZ in various amounts. The checks were

1

presented at Bank of America and Washington Mutual Banks in the Phoenix metropolitan area. These counterfeit checks were used by BRIAN PEREZ to obtain monies and goods for his own personal gain. The estimated loss to date is over $21,000.00.

3. Beginning on or about February 25, 2005 and continuing through on or about April 8, 2005, BRIAN PEREZ, did knowingly execute a scheme and artifice to defraud financial institutions, namely Bank of America and Washington Mutual Bank, both federally insured financial institutions, by depositing counterfeit checks which are believed to be produced from information stolen from the United States Mail. BRIAN PEREZ deposited these counterfeit checks into bank accounts maintained by him and obtained monies, funds, credits and assets owned by, or under the custody and control of, said financial institutions, in violation of Title 18, United States Code, Section 1344, Bank Fraud.

4. Bank of America located in Phoenix, Arizona is an Arizona Banking Corporation and was and is a "financial institution" as that term is defined in Title 18, United States Code, Section 20. Bank of America maintains a place of business in Phoenix, Arizona, which is located in the District of Arizona.

5. Washington Mutual Bank located in Glendale and Phoenix, Arizona is an Arizona Banking Corporation and was and is a "financial

institution" as that term is defined in Title 18, United States Code, Section 20. Washington Mutual Bank maintains a place of business in Glendale and Phoenix, Arizona, which is located in the District of Arizona.

6. That AWSM Technology, LLC maintained an account during the months of February and March 2005, at Bank of America in the District of Arizona.

7. In March 2005, Postal Inspector Kerry Fisher was contacted and met with Judy Herman, Bank of America, Corporate Security, Investigative Services. Investigator Herman stated Bank of America Account No. XXXXXXXX9921 belonging to AWSM Technology, LLC. had been compromised. She stated six (6) counterfeit checks were passed on the account on or about February 25, 2005 and continuing through on or about March 2, 2005. Investigator Herman provided original Counterfeit Check No. 1613 and photocopies of Counterfeit Check Nos. 1636, 1638, 1639, 1644, and 1643. Four (4) of these counterfeit checks were made payable to Brian Perez. The remaining two (2) checks were payable to his wife, Cortney Perez.

8. Judy Herman informed she was aware of Brian Perez from an investigation conducted by the Postal Inspectors in 2000 in which Perez was counterfeiting business bank account checks involving

3

Bank of America. Judy Herman believed the person involved in the AWSM Technology investigation was the same Brian Perez due to his distinct handwritten endorsement.

9. Judy Herman said on December 13, 2004, Brian Perez opened a My Access checking Bank of America Account No. XXXXXXXX4260 via the internet. The account was opened as an individual account in the name of Brian Perez. He lists a physical address of 4817 N. 37th Avenue, Apartment 1 in Phoenix, Arizona. Brian Perez provided an Arizona Driver's license number D00797390 as proof of identification. In addition, he provided his birthdate as April 11, 1975 and a Social Security Number/Tax Identification Number as 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.

10. On several occasions Bank of America representatives contacted Brian Perez regarding the counterfeit checks which were returned on his account. Brian Perez stated he worked for AWSM and did not understand why they were returning his paychecks.

11. On March 21, 2005, Postal Inspector Kerry Fisher contacted Matthew O'Brien, Chief Executive Officer for AWSM Technology, LLC. Matthew O'Brien stated several counterfeit checks were negotiated using his business bank account. He said the sequential number of the counterfeit checks were different from his bank account by fifty (50) checks. Matthew O'Brien said the account

4

used was his business's weekly payroll account and the original checks are blue in color. He said he believe a payroll check he mailed was stolen. According to Matthew O'Brien, Brian and Cortney Perez have never been employed by AWSM Technology, LLC. He informed he does not know Brian or Cortney Perez and did not authorize them to have his mail or use his business bank account.

12. Judy Herman stated three (3) of the AWSM Technology, LLC Counterfeit Checks including Check Nos. 1638, 1644 and 1643 were deposited into Washington Mutual Bank Account No. XXXX-XXXXXXX233-2.

13. Postal Inspector Kerry Fisher contacted Washington Mutual Security Investigator Lesa Cooper regarding the Perez account. According to Lesa Cooper, on January 14, 2005, Brian and Cortney M. Perez opened an individual/joint account at Washington Mutual Bank No. XXXX-XXXXXXX233-2. This bank account was opened at the Washington Mutual branch located at 7952 N. 43rd Avenue. A surveillance still photograph captured Brian Perez opening this account.

14. Brian Perez provided a date of birth as April 11, 1975 and a Social Security Number of 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. As proof of identification, Brian Perez provided Arizona State Identification Card No. D00797390 and a Capital One MasterCard. He lists his occupation as self-employed.

Cortney M. Perez provided a date of birth as April 16, 1983 and a Social Security Number of 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. As proof of identification, Cortney M. Perez provided Arizona State Driver's License No. D00407198 and a Target Department Store Card. She lists her occupation as working for Accent Care. Both Brian and Cortney Perez' signature appear on the account agreement. Lesa Cooper informed the opening deposit into the account was $249.40.

15. An Arizona Driver's License inquiry revealed Arizona Driver's License No. D00797390 is issued in the name of Brian Perez.

16. A Colorado Driver's License inquiry revealed Colorado Driver's License No. 05-063-0912 was issued on March 17, 2005 in the name of Brian Perez.

17. Lesa Cooper provided the account transaction history for Washington Mutual Bank Account No. XXXX-XXXXXXX233-2 for Brian Perez. In addition, Lesa Cooper provided information on three of the fraudulent transactions regarding Brian and Courtney Perez' account including Counterfeit Bank of America Check No. 1638: On February 25, 2005, Counterfeit Check No. 1638 drawn on the account of AWSM Technology, LLC., was presented for deposit at the Washington Mutual Bank located at 7952 N. 43rd Avenue in Glendale, Arizona. The check was made payable to Brian Perez in the amount of $4,766.45. The check was presented to Teller Jennifer Craze. Brian

6

Perez requested $3,566.45 be deposited into his Washington Mutual account with $1,200.00 less cash given back to him at the time of the transaction. There is an endorsed signature on the back of the check in the name Brian Perez.

18. A second counterfeit check was deposited into the Perez' Washington Mutual account according to Lesa Cooper. On February 28, 2005, Counterfeit Check No. 1644 drawn on the account of AWSM Technology, LLC, was presented for deposit at the Washington Mutual Bank located at 18631 N. 19th Avenue in Phoenix, Arizona. The check was made payable to Brian Perez in the amount of $1,146.88. The check was presented to Teller Rebecca Duarte. Brian Perez requested $346.88 be deposited into his Washington Mutual account with $800.00 less cash given back to him at the time of the transaction. There is an endorsed signature on the back of the check in the name Brian Perez.

19. On February 28, 2005, Counterfeit Check No. 1643 drawn on the account of AWSM Technology, LLC, was presented for deposit at the Washington Mutual Bank located at 18631 N. 19th Avenue in Phoenix, Arizona. The counterfeit check was presented to an Automated Teller Machine (ATM). The counterfeit check was made payable to Brian Perez in the amount of $4,566.52. There is an endorsed signature on the back of the check in the name Brian Perez.

20. Lesa Cooper also provided the bank surveillance video for two of these transactions. On February 25, 2005, a male was captured on the bank surveillance video depositing Counterfeit Check No. 1638 into Brian Perez' account. Also on February 28, 2005, a male was captured on the bank surveillance video depositing Counterfeit Check No. 1643 into Brian Perez' account.

21. A comparison was made of a Maricopa County Sheriff's Office booking photographs taken in March and May 2000 and Perez' issued Arizona and Colorado driver's license photographs to the male captured in the Washington Mutual Bank surveillance photographs. This comparison revealed the person captured opening the account on January 14, 2005 and the person captured making the ATM deposit on February 28, 2005 appear to be Brian Perez.

22. On March 5, 2005, the United States Postal Service received a P. S. Form 3575, Official Mail Forwarding Change of Address Order for Brian Perez. The change of address order request mail be forwarded from Brian Perez' old mailing address of 4817 N. 37th Avenue, Apt. 1, Phoenix, Arizona  85019 to P. O. Box 40324, Grand Junction, CO 81504. The change of address form is signed by Brian Perez.

23. On July 7, 2005, the Postal Inspection Service was again contacted by Bank of America Investigator Judy Herman. Judy Herman informed she received another returned counterfeit check which was

8

deposited into Brian Perez' Bank of America Account No. XXXXXXXX4260. Judy Herman stated she believed since there is no Bank of America presence in Colorado, Brian Perez used their bank by mail system. According to Judy Herman, on April 8, 2005, Counterfeit ING Bank Check No. 1105 was received and deposited into the account belonging to Brian Perez in Tampa, Florida. The check was made payable to Brian Perez in the amount of $6,500.00. The account holder listed in the upper left hand corner of the check is Brian Perez, P. O. Box 40324, Grand Junction, CO 81504. There is an account number and an endorsed signature on the back of the check in the name Brian Perez.

24. On August 31, 2005, Postal Inspector Kerry Fisher contacted John Stacy, Fraud Investigations for ING Bank. He said on July 19, 2005, Brian Perez opened ING Bank Savings Account Number 24879501 online via the internet and was assigned Customer Number 31984038. He informed the Tax Identification Number/Social Security Number used was 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 and provided a date of birth of 4/11/75. Mr. Stacy stated routing number 031176110, located on the Counterfeit ING Bank Check No. 1105 belongs to ING Bank. Mr. Stacy stated the check was counterfeit because ING Bank does not issue personal checks on customer's savings accounts. He said checks are only issued on home equity loan account.

25. The Postal Inspection Service contacted Hector Castro with the Department of Economic Security. Hector Castro provided the Arizona Guide System Wage Inquiry for Social Security Number 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 issued in the name of Brian Perez. There are no Arizona wages for Brian Perez after the fourth quarter of 2004. Brian Perez' employers are listed as American Magazine Services and Consumer Protection Publications for a total reported income in 2003 of $10,004.64. Brian Perez' employers are listed as GFI Publishing, Inc, Moneywayz LLC, and Wealth Systems Inc. for a total reported income in 2004 of $12,349.29.

26. On June 1, 2000, during the original investigation of Brian Perez, he provided handwriting exemplars of his known handwritten signature. These signatures were compared to the endorsed signatures on the five (5) counterfeit checks. This comparison revealed the signature on the back of each of the counterfeit checks appears to be the endorsed signature of Brian Perez.

27. A criminal history inquiry revealed that Brian Perez, DOB 4/11/1975, has prior arrests in Arizona for Assault, Theft of a Credit Card, Possession of a Weapon in a Drug offense, Forgeries, and Fraudulent Schemes and Artifices. He was convicted in 2001 for two (2) counts of forgery (aggravated) and one (1) count of fraudulent schemes and artifices. He was sentenced to serve three (3) years

with the Arizona Department of Corrections. In addition, Brian Perez was sentenced to three (3) years probation which was completed in March 2005.

28. Based on my training and experience in investigations of bank fraud and identity theft and the facts set forth in this Affidavit, I submit there is probable cause to believe that between February and March, 2005, in the District of Arizona, Brian Perez, did knowingly execute a scheme or artifice to obtain any of the moneys, funds, credits, assets, securities, or other property owned by, or under the custody or control of, a financial institution, to wit, Bank of America by means of false or fraudulent pretenses, representations, or promises which constitutes a violation of Federal Law, to wit, Title 18, United States Code, Section 1344, Bank Fraud.

Kerry L. Fisher
Postal Inspector

Subscribed and sworn to before me September ⁄3, 2005 at Phoenix, Arizona.

Virginia A. Mathis
United States Magistrate Judge

11